Judge Ronald B. Leighton

FILED
RECEIVED
LODGED
JUN 3 0 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　　v.<br>LOC HUU NGUYEN,<br>　　　　　Defendant. | NO. CR05-5647RBL<br><br>ORDER OF FORFEITURE |

WHEREAS, on April 6, 2006, the Defendant, LOC HUU NGUYEN, entered into a Plea Agreement with the United States pursuant to which the Defendant entered guilty pleas to the offenses charged in Count 1 and 2 of the Superseding Indictment, Conspiracy to Commit Visa Fraud, in violation of Title 18, United States Code, Sections 371 and 1546(a), and Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 1956(h); and further agreed to forfeit to the United States Ten Thousand Dollars ($10,000.00) as property that was used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the charged offenses, and any property constituting, or derived from, any proceeds Defendant obtained, directly or indirectly, as the result of such offenses, and

ORDER OF FORFEITURE - 1
CR04-5647RBL - U.S. v. LOC HUU NGUYEN

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1  WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required
2  to the extent that the forfeiture consists of a money judgment,"
3  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND
4  DECREED that the Defendant shall forfeit to the United States a money judgment in
5  the sum of Ten Thousand Dollars ($10,000.00) pursuant to Title 18, United States
6  Code, Section 982(a)(6)(A), and Title 21, United States Code, Section 853.
7  IT IS FURTHER ORDERED that the United States District Court shall retain
8  jurisdiction in the case for the purpose of enforcing this Order;
9  IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of
10 Forfeiture shall become final as to the defendant at the time of sentencing, or before
11 sentencing if the defendant consents, and shall be made part of the sentence and
12 included in the judgment;
13 IT IS FURTHER ORDERED that the United States may, at any time, move
14 pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having
15 a value not to exceed Ten Thousand Dollars ($10,000.00) to satisfy the money
16 judgment in whole or in part; and
17 \\
18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

ORDER OF FORFEITURE - 2
CR04-5647RBL - U.S. v. LOC HUU NGUYEN

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1   The Clerk of the Court is directed to send a copy of this Order of Forfeiture to
2   all counsel of record and three (3) "raised sealed" certified copies to the United States
3   Attorney's Office.
4   DATED this _30th_ day of June, 2006.

*[signature]*
UNITED STATES DISTRICT JUDGE

Presented by:

*[signature]*
MATTHEW H. THOMAS
Assistant United States Attorney

*[signature]* AUSA
LEONIE G.H. GRANT
Assistant United States Attorney

*[signature]*
JENNIFER E. HORWITZ
Attorney for Defendant

*[signature]*
LOC HUU NGUYEN
Defendant

ORDER OF FORFEITURE - 3
CR04-5647RBL - U.S. v. LOC HUU NGUYEN